**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kelton G. Busby, SBN 022834
kbusby@cavanaghlaw.com
Levi T. Claridge, SBN 032582
lclaridge@cavanaghlaw.com
Attorneys for Defendant Airstream, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Robert W. Baxter, Jr.; <br><br> Plaintiff, <br><br> v. <br><br> Airstream, Inc. and Holiday World of League City, LLC, <br><br> Defendants. | NO. 2:18-cv-01152-JJT <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 30th day of July, 2018.

///

///

///

8702831_1

1           THE CAVANAGH LAW FIRM, P.A.

2

3           By: /s/ Kelton G. Busby
              Kelton G. Busby
              Levi T. Claridge
4              Attorneys for Defendant Airstream, Inc.

5

          AMAR LAW GROUP, PLLC

6

7           By: /s/ Shalev Amar (with permission)
              Shalev Amar
8              Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26