# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert W Baxter, Jr., | No. CV-18-01152-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Airstream Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 16), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 16). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for 1:30 p.m. on August 20, 2018.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 31st day of July, 2018.

Honorable John J. Tuchi
United States District Judge